LOUISE MURTAGH et al., Plaintiffs, v. ALLEN MOTOR LINES, INC., et al., Defendants. (Action No. 1.) LOUISE MURTAGH, Individually and as Executrix of WILLIAM MURTAGH, Deceased, Respondent, v. ALLEN MOTOR LINES, INC., et al., Appellants, et al., Defendants. (Action No. 2.) — Appeal from an order removing action No. 2 from New York County and consolidating it with action No. 1 in Kings County and from an order granting reargument and adhering to the original determination. Order on reargument modified by striking from the ordering paragraph everything which follows the words "upon reargument" and by substituting therefor a provision denying the motion for consolidation, and as so modified affirmed, without costs. Appeal from original order dismissed, without costs. The nonresident plaintiff in action No. 2 was not entitled to the benefit of the preference accorded the plaintiffs in action No. 1, nor could the court consolidate action No. 2 with action No. 1 when it affirmatively appeared that the latter had been settled and discontinued prior to the making of the order of transfer and consolidation. Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.

∎

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE BURRELL, Appellant.— On May 12, 1938, defendant, after having been found guilty by a jury of robbery in the first degree, grand larceny in the first degree and assault in the second degree, was sentenced to a term of ten to thirty years in Sing Sing State Prison. He appeals from an order of the County Court, Queens County, denying his motion in the nature of a writ of error *coram nobis* to vacate said judgment of conviction, on the grounds that he was not advised of his right to counsel and that he did not have counsel of his own choice upon the trial. He also appeals "from each and every intermediate order therein made." Order affirmed. Appellant was represented on arraignment by an attorney of his choice, and on the trial by assigned counsel whose services appellant accepted without objection. Appeal from intermediate orders dismissed. No such orders are printed in the record. Adel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.

∎

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD C. RHODES, Appellant.— Defendant appeals from a judgment of the County Court of Dutchess County, convicting him of grand larceny in the first degree and sentencing him to a term of imprisonment, and from an order of said court denying his motion for a new trial or, in the alternative, for an order providing for the taking of testimony. Judgment reversed on the law and new trial ordered. Appeal from the order dismissed, as academic. Two certain written transcriptions of statements made by appellant, which were admitted into evidence, were characterized by the trial court in its charge to the jury as confessions, despite the fact that the texts are not inconsistent with appellant's innocence of the crime charged. This was prejudicial error and requires a new trial. Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.